1/3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.: 1:20-cv-23614

ABDUL-JALIL RASHID AL-IMARAH
Plaintiff

FILED BY _____ D.C.

NOV 24 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAM.

V.

SSA JANET WALDRON, et al.
Defendants.

Letter to Court regarding

Miscellaneous matters of note

Previously I wrote a letter

requesting the docket sheet for

this civil matter and have yet

o receive it I do not

2/3

now if some of the defendants

lluded with staff at FDC-Miami

prevent me from receiving it

if it has never been sent.

ese are the items that I

ed and request:

Docket sheet

All filings/motions/orders that

filed within the docket.

A copy of the complaint since

icials at FDC Miami dispossessed

3/3

me of it and discarded it on the premise that it was 'contraband'.

Thank you.

Respectfully Submitted,
Abdul-Jalil Rashid Al-Imarah

(Abdul-Jalil Rashid Al-Imran)
Samuel Baptiste #09681-104
FDC Miami
P.o Box 019120
Miami, FL 33101

MIAMI FL 330

20 NOV 2020 PM7 L

Special Mail
Correspondence
w/Court

United States District Court
Southern District of Florida
Office of the Clerk Room SNo8
400 North Miami Avenue
Miami, FL 33128

33128-180544

USMS
INSPECTED   RECEIVED



NOV 24 2020
1:41 PM

NOV 19 2020